UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FINANCIAL GUARANTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INDYMAC BANK, F.S.B.,<br><br>Defendant. | Civil Action No. 08-CV-06010-LAP<br>ECF Case<br><br>RULE 7.1<br>CORPORATE DISCLOSURE |

PLEASE TAKE NOTICE, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that plaintiff FINANCIAL GUARANTY INSURANCE COMPANY, is a wholly owned subsidiary of **FGIC Corporation**, which is partially owned by:

The **PMI Group Inc.**, a publicly traded company (42% of FGIC Corp.'s stock);

Affiliates of the **Blackstone Group LP**, a publicly traded company, including Blackstone Capital Partners IVA LP, Blackstone Capital Partners LP, and Blackstone Family Investment Partnership IV-A, LP (23% of FGIC Corp.'s stock);

Affiliates of the **Cypress Group LLC**, a private company (23% of FGIC Corp.'s stock) and affiliates of **CIVC Partners LP**, a private company (7% of FGIC Corp.'s stock); and

GE Funding Holdings Inc., an indirect subsidiary of **General Electric Company**, a publicly traded company (5% of FGIC Corp.'s stock, plus mandatory convertible preferred stock, which upon conversion in 2012, would raise GE's indirect share of FGIC Corp.'s common stock to approximately 20%).

*Respectfully submitted,*

**KUTAK ROCK LLP**

By: /s/ Robert A. Jaffe
ROBERT A. JAFFE
  (SDNY No. RJ 9286)
JOSEPH A. INGRISANO
  (pro hac vice to be applied for)
ANTOINETTE PICÓN HEWITT

300 East 42nd St. - 10th Floor
New York, N.Y. 10017
Tel.: (212) 922-9155     Fax: (212) 922-9157

1101 Connecticut Ave., N.W. - Suite 1000
Washington, D.C. 20036
Tel.: (202) 828-2400     Fax: (202) 828-2488

18201 Von Karman Ave. - Suite 1100
Irvine, CA 92612
Tel.: (949) 417-0999     Fax: (949) 417-5394

Robert.Jaffe@KutakRock.com
Joseph.Ingrisano@KutakRock.com
Antoinette.Hewitt@KutakRock.com

**Counsel for Plaintiff,
Financial Guaranty Insurance Company**

May 7, 2008