# UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF NEW YORK

**FINANCIAL GUARANTY INSURANCE COMPANY,**

125 Park Avenue, New York, New York 10017,

    Plaintiff,

v.

**INDYMAC BANK, F.S.B.,**

888 East Walnut Street, Pasadena, California 91101,

    Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 6010

TO: (Name and address of Defendant)

**INDYMAC BANK, F.S.B.**
**888 East Walnut Street**
**Pasadena, California 91101**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address):

    ROBERT A. JAFFE
    KUTAK ROCK LLP
    1101 Connecticut Ave., N.W. - Suite 1000
    Washington, D.C. 20036
    (202) 828-2400

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DATE   JUL 0 1 2008

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | July 3, 2008 At 12:50pm |
| NAME OF SERVER (PRINT) Isaac Villarreal | TITLE | Registered California Process County of Los Angeles Registration #194 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Karol Tengco, Associate Analyst
888 East Walnut Street, Pasadena, CA 91101

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 3, 2008
             Date

Signature of Server

Time Machine Network, Inc.
P.O. Box 861057
Los Angeles, California 90086

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.