²ᵃSDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FINANCIAL GUARANTY INS. CO., | Plaintiff, | |
| - against - | | |
| INDYMAC BANK, F.S.B., | Defendant. | |

<u>  8  </u> cv <u> 6010  </u> (LP )

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   Joshua B. Selig            a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Daniel J. Dunne |
| Firm Name: | Heller Ehrman LLP |
| Address: | 701 Fifth Avenue, Suite 6100 |
| City/State/Zip: | Seattle, WA  98104 |
| Phone Number: | (206) 447-0900 |
| Fax Number: | (206) 447-0849 |

Daniel J. Dunne                is a member in good standing of the Bar of the States of

Washington

There are no pending disciplinary proceeding against   Daniel J. Dunne
in any State or Federal court.

Dated:

City, State:  Seattle, Washington

Respectfully submitted,

Sponsor's   Joshua B. Selig
SDNY Bar  JS-1271
Firm Name: Heller Ehrman LLP
Address:   701 Fifth Avenue, Suite 6100
City/State/Zip:  Seattle, WA  98104
Phone Number: (206) 447-0900
Fax Number:   (206) 447-0849

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FINANCIAL GUARANTY INSURANCE
COMPANY,

Plaintiff,

v.

INDYMAC BANK, F.S.B.,

Defendant.

No. 08 CV 6010 (LAP)(MHD)

AFFIDAVIT OF JOSHUA B.
SELIG IN SUPPORT OF
MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

State of Washington )
)  ss:
County of King )

Joshua B. Selig, being duly sworn, hereby deposes and says as follows:

1.    I am an attorney with the law firm of Heller Ehrman LLP, counsel for Defendant
in the above-captioned action.  I am familiar with the proceedings in this case.  I make this
statement based on my personal knowledge of the facts set forth herein and in support of
Defendant's motion to admit Daniel J. Dunne as counsel *pro hac vice* to represent Defendant in
this matter.

2.    I am a member in good standing of the bar of the State of New York, and was
admitted to practice law on April 19, 2006.  I am also admitted to the bar of the United States
District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Daniel J. Dunne since July 2007.

4.    Mr. Dunne is an attorney with the law firm of Heller Ehrman LLP, in Seattle,
Washington.  Mr. Dunne is admitted to the bar of the State of Washington.  A certificate of Mr.
Dunne's good standing, issued within the last 30 days, is attached hereto as Exhibit A.

5.      Mr. Dunne is a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move for the admission of Daniel J. Dunne, *pro hac vice*.

7.      I respectfully submit a proposed order granting the admission of Daniel J. Dunne, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Daniel J. Dunne, *pro hac vice*, to represent Defendant in the above captioned matter, be granted.

Dated: 7/30/08

City, State: Seattle, Washington

Respectfully submitted,

Joshua B. Selig
Heller Ehrman LLP

SDNY Bar Code:  JS-1271

2

STATE OF WASHINGTON )
) ss.
COUNTY OF KING )

On this day personally appeared before me Joshua B. Selig, to me known to be the individual described in and who executed the within and foregoing instrument, and acknowledged that he signed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal this ___30th___ day of ___July___, 2008.



_____
Print name: Charlene L. Bruns
NOTARY PUBLIC in and for the State of
Washington, residing at Bremerton
My appointment expires 11-14-09

SV 2351185 v1
7/24/08 11:06 AM (38773.0701)

3

# EXHIBIT A

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

DANIEL J. DUNNE JR.

TO PRACTICE IN THE COURTS OF THIS STATE

)
)
)
)
)
)
)
)

BAR NO. 16999

**CERTIFICATE OF GOOD**

**STANDING**

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

DANIEL J. DUNNE JR.

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the

Courts of the State of Washington on June 10, 1987, and is now and has continuously since that date been

an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of said Court this 28th day of
July, 2008.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court

# EXHIBIT B

✎SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FINANCIAL GUARANTY INS. CO.,

           Plaintiff,

      - against -

INDYMAC BANK, F.S.B.,

           Defendant.

8  cv 6010   (LP )

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Joshua B. Selig     attorney for  INDYMAC BANK, F.S.B.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Daniel J. Dunne |
| Firm Name: | Heller Ehrman LLP |
| Address: | 701 Fifth Avenue, Suite 6100 |
| City/State/Zip: | Seattle, WA 98104 |
| Telephone/Fax: | (206) 447-0900 |
| Email Address: | daniel.dunne@hellerehrman.com |

is admitted to practice pro hac vice as counsel for   INDYMAC BANK, F.S.B.           in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated**:**
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____        SDNY RECEIPT# _____

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

FINANCIAL GUARANTY INSURANCE
COMPANY,

                          Plaintiff,          Civil Action No. 08-6010 (LP)

     v.

                                        **AFFIDAVIT OF SERVICE**

INDYMAC BANK, F.S.B.,

                        Defendant.

--------------------------------------------------------------x

STATE OF NEW YORK   )
                      ) ss.:
COUNTY OF NEW YORK  )

Richard Rodriguez, being duly sworn, deposes and says:

1.     I am employed by the law firm of Heller Ehrman LLP, and over the age of eighteen years of age and not a party to this action.

2.     On August 5, 2008, I served a copy of MOTION TO ADMIT DANIEL J. DUNNE PRO HAC VICE upon the following parties by first class mail, postage fully prepaid, by depositing same in an official depository of the United States Mail:

Attn: Robert A. Jaffe, Esq.
Kutak Rock LLP
1101 Connecticut Ave., N.W.
Washington, D.C. 20036

Attn: Joseph A. Ingrisano, Esq.
Kutak Rock LLP
1101 Connecticut Ave., N.W.
Washington, D.C. 20036

Attn: Antoinette P. Hewitt, Esq.
Kutak Rock LLP
18201 Von Karman Ave.
Suite 1100
Irvine, CA 92612


_____
Richard Rodriguez

Sworn to before me this
5th day of August, 2008

_____
Notary Public

DARRYL A. McFADDEN
Notary Public, State of New York
No. 01MC6022113
Qualified in New York County
Commission Expires Mar. 29, 20 11