SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

FINANCIAL GUARANTY INS. CO.,    Plaintiff,

- against -

INDYMAC BANK, F.S.B.,    Defendant.

8   cv   6010    ( LP )

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Joshua B. Selig     attorney for  INDYMAC BANK F.S.B.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Lori Lynn Phillips |
| Firm Name: | Heller Ehrman LLP |
| Address: | 701 Fifth Avenue, Suite 6100 |
| City/State/Zip: | Seattle, WA  98104 |
| Telephone/Fax: | (206) 447-0900 |
| Email Address: | lori.phillips@hellerehrman.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

is admitted to practice pro hac vice as counsel for  INDYMAC BANK F.S.B.      in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _August 14, 2008_
City, State: _New York, N.Y_

_[signature]_
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____     SDNY RECEIPT# _____
SDNY Form Web 10/2006