SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FINANCIAL GUARANTY INS. CO.,  Plaintiff,

8   cv   6010   (LP)

- against -

INDYMAC BANK, F.S.B.,  Defendant.

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Joshua B. Selig attorney for INDYMAC BANK, F.S.B.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Daniel J. Dunne |
| Firm Name: | Heller Ehrman LLP |
| Address: | 701 Fifth Avenue, Suite 6100 |
| City/State/Zip: | Seattle, WA  98104 |
| Telephone/Fax: | (206) 447-0900 |
| Email Address: | daniel.dunne@hellerehrman.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/08

is admitted to practice pro hac vice as counsel for INDYMAC BANK, F.S.B. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 14, 2008
City, State: New York, NY

_Loretta A. Preska_
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006